IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Stephen C. Stanko, | ) | No.: 1:19-3257-RMG-SVH |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | SCHEDULING ORDER |
| Bryan P. Stirling and Michael Stephan, | ) ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

On July 14, 2020, the court and parties informally discussed an agreement formed by the parties in light of the pandemic concerning Petitioner's contemplated amendments on August 4, 2020 and October 30, 2020, and further discussed scheduling of the pleadings and responses in the above captioned matter. On July 16, 2020, the parties filed notice of the agreement. [ECF No. 34]. As a result of the July 14 discussion and with the benefit of the filed agreement, the court sets out the following schedule:

1. Petitioner shall file an amended petition no later than **August 4, 2020**. Should Petitioner intend to raise any claims or sub-claims by reliance on *Martinez v. Ryan*, 566 U.S. 1 (2012), he need only reflect a basic assertion of the allegation.

2. Petitioner shall have until **October 30, 2020**, to further amend his petition to expand the basis for his reliance on *Martinez v. Ryan* and any related claims or sub-claims for relief.

3. Respondents shall not file a response or other motion until after the final amendment of the petition to be filed on or before October 30, 2020. Respondents shall file the return and any dispositive motions on or before **December 18, 2020**.

4. Petitioner shall have until **February 18, 2021**, to file a response to Respondents return and any dispositive motions.

5. Respondents shall file a reply to Petitioner's response on or before **March 4, 2021**.

The court does not anticipate modification of the foregoing dates.

    IT IS SO ORDERED.

*Shiva V. Hodges*

July 17, 2020  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge