IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Stephen Stanko, | C/A No.: 1:19-3257-RMG-SVH |
| Petitioner, | |
| vs. | ORDER |
| Bryan P. Stirling, Director of South Carolina Department of Corrections; and Michael Stephan, Warden of Broad River Correctional Institution, | |
| Respondent. | |

This Court directs the South Carolina Department of Corrections ("SCDC") to secure the attendance of Stephen Stanko, SCDC ID #00006022 for a positron emission tomography ("PET") scan and brain magnetic resonance imaging ("MRI") at the Medical University of South Carolina ("MUSC") in Charleston, South Carolina on March 3, 2022. Specifically, SCDC is directed to deliver Stanko to the MUSC facility at 171 Ashley Avenue, by 6:30 a.m. for a PET scan. Following the PET scan, SCDC is directed to deliver Stanko to the Rutledge Tower at 135 Ashley Avenue, by 11:00 a.m. for the MRI scan, scheduled for 11:30 a.m.

IT IS SO ORDERED.

February 15, 2022
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge